■ In the Matter of SOCIAL SERVICE EMPLOYEES UNION, LOCAL 371 on Behalf of Its Member, SHERRIE BROWN, Appellant, v NEW YORK CITY BOARD OF CORRECTION, Respondent. [939 NYS2d 699]—

Appeal from order, Supreme Court, New York County (Michael D. Stallman, J.), entered October 19, 2010, which denied petitioner's motion for leave to reargue respondent's cross petition to vacate an interim arbitration award and disqualify the arbitrator, unanimously dismissed, without costs, as taken from a nonappealable order.

The challenged order could not be interpreted as effectively granting reargument and, upon reargument, adhering to the original determination so as to render it an appealable order. Indeed, the court not only unequivocally "denied" the motion for reargument, but expressly ruled that it did not overlook or misapprehend any facts or law when determining the prior motion (*see William P. Pahl Equip. Corp. v Kassis*, 182 AD2d 22, 27 [1992], *lv denied in part and dismissed in part* 80 NY2d 1005 [1992]); nor did it adhere to its prior determination on a different ground (*compare Judlau Contr., Inc. v Westchester Fire Ins. Co.*, 46 AD3d 482, 483 [2007]). Accordingly, the order denying the motion to reargue is nonappealable (*Cillo v Resjefal Corp.*, 300 AD2d 146 [2002]). In any event, even if the challenged order could be considered a grant of reargument, we would find that the court properly adhered to its original determination. Concur—Saxe, J.P., Sweeny, Renwick, DeGrasse and Richter, JJ.

■ In the Matter of RICHARD FOWLER, Petitioner, v EDWARD McLAUGHLIN et al., Respondents. [940 NYS2d 516]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Saxe, J.P., Sweeny, Renwick, DeGrasse and Richter, JJ.